488 P.2d 107

**STATE of New Mexico, Respondent,**

v.

**Loarn Anthony BISWELL, Relator.**

No. 9307.

Supreme Court of New Mexico.

Aug. 17, 1971.

Further ordered that the record in Court of Appeals Cause No. 611, 83 N.M. 65, 488 P.2d 115, be and the same is hereby returned to the Clerk of the Court of Appeals.

488 P.2d 107

**Samuel T. VALENCIA, Respondent,**

v.

**Donald Eugene DIXON and Paul Dixon, Petitioners.**

No. 9310.

Supreme Court of New Mexico.

Aug. 23, 1971.

Further ordered that the record in Court of Appeals Cause No. 645, 83 N.M. 70, 488 P.2d 120, be and the same is hereby returned to the Clerk of the Court of Appeals.